Pauline Kotowsky, Appellant, v. Luther Cook, Individually and Doing Business as Cook Construction Company, Mary Witanowski and Telesfor Witanowski, Appellees.

Gen. No. 47,946.

First District, Third Division.
February 1, 1961.

Richard F. Gallagher, Frank Alabno, and Louis P. Miller, all of Chicago, for appellant; Berchem, Schwantes & Thuma, of Chicago (Michael J. Thuma and Richard H. Brill, of counsel) for appellees. Opinion by JUSTICE McCORMICK. **Not to be published in full.**